UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LORNA HARE,

                       Plaintiff,

      v.                                                    ORDER
                                                        05-CV-405A

EDISON SCHOOLS and
STEPPING STONE ACADEMY,

                       Defendants.

---

      This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1), on August 9, 2005.  On September 20, 2005, defendants filed a motion for summary judgment.  On June 12, 2006, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendants' motion be denied.

      Defendants filed objections to the Report and Recommendation on June 22, 2006.  Oral argument on the objections was held on August 30, 2006.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.  Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions and hearing argument

from the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendants' motion for summary judgment is denied. The case is referred back to the Magistrate Judge for further proceedings.[1]

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: September 1, 2006

PROVIDE COPY TO MAGISTRATE

---

[1] At the oral argument, the Court denied defendants' request to proceed without local counsel. Defendants should identify local counsel as soon as possible.